**Dismissed and Memorandum Opinion filed April 1, 2026**



In The

# Fifteenth Court of Appeals

### NO. 15-26-00050-CV

**MOLLY RIVERA, Appellant**

**V.**

**EKRE OF TX, LLC, Appellee**

## On Appeal from the County Court at Law No. 5
### Williamson County, Texas
### Trial Court Cause No. 25-2252-CC5

## MEMORANDUM OPINION

On January 20, 2026, appellant, Molly Rivera, filed a notice of appeal. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs); Tex. Gov't Code § 51.207 (appellate fees and costs).

On February 4, 2026, the clerk of this court notified appellant that unless she paid the filing fee, the appeal was subject to dismissal without further notice. On

March 5, 2026, appellant was sent a second notice that unless she paid the filing fee within 10 days or otherwise established her right to proceed without payment, the appeal was subject to dismissal. Appellant has not paid the filing fee, sought leave to proceed without payment of court costs, or otherwise responded to the court's order. Accordingly, we dismiss the appeal. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time). We further dismiss appellee's motion to dismiss the appeal as moot.


PER CURIAM


Panel consists of Chief Justice Brister and Justices Field and Farris.